# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2815

_____

United States of America,          *
                                   *
            Appellee,              *     Appeal from the United States
                                   *     District Court for the
    v.                             *     Southern District of Iowa.
                                   *
Cesar Alejandro Ibarra,            *     [UNPUBLISHED]
                                   *
            Appellant.             *

_____

Submitted: March 6, 2009
Filed: July 8, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

The judgment of the district court[1] is affirmed and counsel's motion to withdraw is granted. *See* 8th Cir. R. 47B.

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.